UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICKOLAS D. BEMIS,<br><br>                     Plaintiff,<br>   v.<br><br>TACOMA POLICE DEPARTMENT, JENNIFER HERR, DEAN WAUBANASCUM, JARED MATHESON, MARK LINDQUEST, R/S, NEIL HORIBE, JENNIFER L. SIEVERS, ROBERT J. DePAN, GREGORY MITCHELL,<br><br>                     Defendants. | No. C13-5139 RJB/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 6) and the remaining record, does hereby find and **ORDER**:

    (1)    The Court adopts the Report and Recommendation (Dkt. 6);

    (2)    This action is **DISMISSED without prejudice**.  Plaintiff's motion to proceed *in forma pauperis* (ECF No. 1) and any other pending motions are **DENIED.**

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 13th day of May, 2013.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1